

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | | No. 08-16-00238-CV |
| FAMOUS CHICKEN OF EL PASO, | § | |
| L.L.C., | | AN ORIGINAL PROCEEDING |
| | § | |
| RELATOR | | IN MANDAMUS |
| | § | |

### MEMORANDUM OPINION

Pending before the Court is a motion filed by Relator, Famous Chicken of El Paso, L.L.C., to dismiss this original proceeding because the parties have resolved the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). According to the motion, the Real Party in Interest, Socorro Rosales, is unopposed to the motion to dismiss. We grant the motion and dismiss the original proceeding. Costs of the original proceeding are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

February 17, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.